NUMBER 13-03-541-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

NORBERTO NOYOLA,                                                       Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from the 105th District Court 
of Nueces County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yanez, and Garza
Opinion Per Curiam

         Appellant, NORBERTO NOYOLA, perfected an appeal from a judgment entered
by the 105th District Court of Nueces County, Texas, in cause number 03-CR-1571-D. Appellant has filed a motion to withdraw the appeal. The motion complies with
Tex. R. App. P. 42.2(a).
         The Court, having considered the documents on file and appellant’s motion to
withdraw the appeal, is of the opinion that appellant's motion to withdraw the appeal
should be granted. Appellant's motion to withdraw the appeal is granted, and the
appeal is hereby DISMISSED.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).

Opinion delivered and filed this
the 18th day of December, 2003.